UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-20110-GAYLES

UNITED STATES OF AMERICA

vs.

BAYRON BENNETT et al,

    **Defendants.**

_____/

**NOTICE OF NO RESTITUTION SOUGHT**

    This matter involves nine defendants, seven of whom have pled guilty. As to the defendants who have pled guilty the Court scheduled restitution hearings. The Government hereby notifies the Court that the victims are not seeking restitution. Accordingly, the Government does not seek restitution.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By: *Abbie D. Waxman*
    ABBIE D. WAXMAN
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No.: 109315
    99 NE 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9240

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on January 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*Abbie D. Waxman*
ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY